IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                          NO. 4:15-CR-00224-7 BSM

RANDY JAMES BYRD                                                     DEFENDANT

### ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #211) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Randy James Byrd for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on August 19, 2016, at 11:00 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 15th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE